IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : : : | CIVIL ACTION NO.: MDL 875 |
| ARNOLD, Gilbert<br>BRADLEY, Raymond<br>CARLISLE, Paul<br>CHINN, Doyle<br>CONLEY, Harold<br>EVERETT, George<br>FRAME, JC<br>GILPIN, Harold<br>HARRIS, Robert<br>HOLLINSEAD, Raymond<br>MARSH, Julian<br>MCKENZIE, Dallas<br>POSTLEWAIT, Ronald<br>PRICE, Ramon<br>WARD, Murray   v.   OCF | : : : : : : : : : : : : : : : : : | ED-PA C.A.No. 2:07-cv-62956-ER |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**ARNOLD, Gilbert, et al.  v.  OCF** : Civil Action No. 93-0130-W(S)

**AFFIDAVIT AND RESPONSE TO ORDER TO SHOW CAUSE**

1. With respect to the filing of an amended complaint (check one):
   \_\_\_\_\_The plaintiff is not required to file an individual amended complaint because plaintiff was not a party to an original multi-party complaint.
   \_\_\_\_\_The plaintiff was a party to an original multi-party complaint and has now filed an amended complaint as required by this Court's order.
   \_X\_The plaintiff was a party to an original multi-party complaint and has not filed an amended complaint as required by this Court's order.

2. With respect to the payment of fees (check one):
   \_\_\_\_\_Plaintiff has paid all applicable fees (amended complaint & Admin Ord No. 14).
   \_X\_Plaintiff has not paid all applicable fees.

3. Plaintiff requests the following relief (check one):
   \_\_\_\_\_Plaintiff moves to have his/her case dismissed with prejudice.
   \_\_\_\_\_Plaintiff moves to have his/her case dismissed without prejudice for the following reasons: _____
   _____

   \_\_\_\_\_Plaintiff moves to dismiss any remaining viable defendants and move his/her case to "bankruptcy only" docket.
   \_X\_ Plaintiff has fully complied with the requirements of Admin Order No. 12 and/or Admin Ord No. 12(a).
   \_\_\_\_\_Plaintiff requests an extension of time within which to comply with the provisions of Admin Ord No. 12 for the following reasons: _____
   _____

   \_\_\_\_\_Plaintiff seeks the following alternative relief: _____
   _____

As counsel for the named plaintiff, I verify that the information and/or assertions set forth above are true and correct.

Signature: *[signature]*
Printed Name: R. Dean Hartley, Esq.
Date: 8-20-2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)      :    Civil Action No. MDL 875
                                   :
                                   :
ARNOLD, Gilbert, et al.   v.   OCF :    ED-PA C.A. No. 2:07-cv-62956-ER
                                   :

---

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ARNOLD, Gilbert, et al.            :
                                   :
         v.                        :    Civil Action No. 93-0130-W(S)
                                   :
OCF                                :

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and exact copy of the foregoing **AFFIDAVIT AND RESPONSE TO ORDER TO SHOW CAUSE** upon the counsel and/or parties listed below by depositing the same in the United States mail, postage prepaid, this **20th** day of **August 2009**.

**VIABLE DEFENDANTS:**

George J. Anetakis, Esq.
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV  26062
    **Counsel for Defendant John Crane, Inc.**


James E. Wynne, Esq.
Butzel Long
150 West Jefferson
Suite 100
Detroit, MI  48226-4430

Pamela Hardman Hepp
Steptoe & Johnson LLP
PO Box 1588
Charleston, WV 25326
    **Counsel for Defendant Budd Co.**


Erik Falk
Davies, McFarland and Carroll
One Gateway Center
10th Floor
Pittsburgh, PA 15222
    **Counsel for Defendant Allied Signal, Inc. and Owens-Illinois, Inc.**

Alexander P. Bicket, Esq.
Zimmer Kunz
3300 USX Tower
600 Grant St
Pittsburgh, PA 15219
    **Counsel for Defendant Melrath Gasket, Inc.**


R. Carter Elkins, Esquire
B. Luke Styer, Esquire
Campbell, Woods, Bagley, Emerson, McNeer & Herndon, PLLC
517 Ninth Street, Suite 1000
P. O. Box 1835
Huntington, WV 25719-1835
    **Counsel for Defendant Pneumo Abex LLC**

By:_____
    Counsel for Plaintiffs

R. Dean Hartley (W.Va. Bar # 1619)
(By Pro Hac Vice)
HARTLEY & O'BRIEN
2001 Main Street, Suite 600
Wheeling, West Virginia 26003
Phone: (304) 233-0777
Fax: (304) 233-0774
dhartley@hartleyobrien.com